UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SCOTT PEMBERTON, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITRIN PREFERRED INSURANCE § <br> COMPANY, § <br> § <br> Defendant. § <br> § | CIVIL ACTION NO.: 1:21-CV-00452-RP |

## JOINT NOTICE OF SETTLEMENT

Please let this Notice of Settlement serve to notify the Court that the Parties herein have reached a settlement in this matter that resolves all disputes between all parties. The Parties are currently finalizing the settlement terms and payment. The Parties anticipate that they will submit a Joint Motion to Dismiss with Prejudice all claims within 60 days.

Respectfully submitted,

**ZELLE LLP**

By:   */s/ Michael C. Upshaw*
   Steven J. Badger
   Texas Bar No. 01499050
   sbadger@zelle.com
   Michael C. Upshaw
   Texas Bar No. 24099142
   mupshaw@zelle.com
   Amanda L. Rodriguez
   Texas Bar No. 24121368
   arodriguez@zelle.com


901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANT UNITRIN PREFERRED INSURANCE COMPANY**

**-AND-**

By: */s/ Clare Rodgers*
   Clare Rodgers
   Texas Bar No. 24079097
   crodgers@pacerodgerslaw.com

**PACE RODGERS LAW PLLC**
310 W. Sunset, Ste 203
San Antonio, Texas 78209
Telephone: 210-714-3722
Facsimile: 210-579-6679

**ATTORNEY FOR PLAINTIFF SCOTT PEMBERTON**

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 21st day of June 2022 as follows:

Clare Rodgers
State Bar No. 24079097
PACE RODGERS LAW PLLC
310 W. Sunset, Ste 203
San Antonio, TX  78209
Telephone:     210-714-3722
Facsimile:      210-579-6679
crodgers@pacerodgerslaw.com
***Attorney for Plaintiff***

                                       */s/ Michael C. Upshaw*
                                       Michael C. Upshaw