UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SCOTT PEMBERTON, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNITRIN PREFERRED INSURANCE § <br> COMPANY, § <br> § <br> Defendant. § § | CIVIL ACTION NO.: 1:21-CV-00452-RP |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Scott Pemberton ("Pemberton" or "Plaintiff") and Defendant Unitrin Preferred Insurance Company ("Unitrin" or "Defendant") submit this Joint Motion to Dismiss with Prejudice and respectfully state:

Plaintiff and Defendant have resolved their dispute and, therefore, request that the Court enter an Order dismissing, with prejudice, the above-styled-and-numbered lawsuit, along with all causes of action asserted by the Parties therein, with each party to bear its own fees and costs.

*[Intentionally left blank, signatures follow]*

Respectfully submitted,

**ZELLE LLP**

By: */s/ Michael C. Upshaw*
    Steven J. Badger
    Texas Bar No. 01499050
    sbadger@zelle.com
    Michael C. Upshaw
    Texas Bar No. 24099142
    mupshaw@zelle.com
    Amanda L. Rodriguez
    Texas Bar No. 24121368
    arodriguez@zelle.com

901 Main Street, Suite 4000
Dallas, TX  75202
Telephone:     214-742-3000
Facsimile:     214-760-8994

**ATTORNEYS FOR DEFENDANT UNITRIN PREFERRED INSURANCE COMPANY**

**-AND-**

By: */s/ Clare Rodgers*
    Clare Rodgers
    Texas Bar No. 24079097
    crodgers@pacerodgerslaw.com

**PACE RODGERS LAW PLLC**
310 W. Sunset, Ste 203
San Antonio, Texas 78209
Telephone: 210-714-3722
Facsimile: 210-579-6679

**ATTORNEY FOR PLAINTIFF SCOTT PEMBERTON**

## **CERTIFICATE OF SERVICE**

    A true and correct copy of the foregoing has been served on the following counsel of record in accordance with FEDERAL RULES OF CIVIL PROCEDURE on this 13th day of September 2022:

    Clare Rodgers
    State Bar No. 24079097
    PACE RODGERS LAW PLLC
    310 W. Sunset, Ste 203
    San Antonio, TX  78209
    Telephone:     210-714-3722
    Facsimile:      210-579-6679
    crodgers@pacerodgerslaw.com
    ***Attorney for Plaintiff***

                                           */s/ Michael C. Upshaw*
                                           Michael C. Upshaw