IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT PEMBERTON, | § | |
| Plaintiff, | § | |
| v. | § | 1:21-CV-452-RP |
| UNITRIN PREFERRED INSURANCE COMPANY, | § | |
| Defendant. | § | |

## ORDER

On September 13, 2022, Defendant Unitrin Preferred Insurance Company filed a joint motion to dismiss stating that the parties have resolved their dispute. (Dkt. 26). The Court construes the parties' motion as a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on September 16, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE